R.D. Kirwan, Esq. (RK 9693, *pro hac vice* application pending)
Joanna H. Kim, Esq. (JK 1177, *pro hac vice* application pending)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA  90067
Tel: (310) 229-1000
Fax: (310) 229-1001

Michael Fitzpatrick, Esq. (MF 1550, *pro hac vice* application pending)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Tel: (202) 887-4000
Fax: (202) 887-4288

Andrew Anselmi, Esq. (AA 1768)
MCCUSKER, ANSELMI, ROSEN, CARVELLI & WALSH, P.A.
127 Main Street
Chatham, NJ  07928
Tel: (973) 635-6300
Fax: (973) 635-6363

Attorneys for Plaintiff
ASCENT MEDIA GROUP, LLC

RECEIVED
JUN 12 2006
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASCENT MEDIA GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>WARREN ONLY, WARREN ONLY MEDIA GROUP, and SCS TELEMEDIA COMLINK, and John Does 1-10 and XYZ Corporations 1-10,<br><br>Defendants. | HON. FAITH S. HOCHBERG, U.S.D.J.<br>HON. PATTY SHWARTZ, U.S.M.J.<br><br>Civil Action No: 06-cv-2374 (FSH – PS)<br><br>**RECOMMENDATION TO ~~ORDER~~ GRANT~~ING~~ PLAINTIFF'S REQUEST FOR A PRELIMINARY INJUNCTION** |

**THIS MATTER**, having been opened to the Court by Ascent Media Group, LLC ("Ascent Media") through its attorneys, Akin Gump Strauss Hauer & Feld LLP and McCusker, Anselmi, Rosen, Carvelli & Walsh, a Professional Corporation, attorneys for Plaintiff Ascent Media Group, LLC ("Ascent Media" or "Plaintiff") (Andrew Anselmi, Esq. and Michael Fitzpatrick, Esq., appearing), by way of Verified Complaint and Order to Show Cause seeking, *inter alia,* the entry of a preliminary injunction, and the Court having set the return date of the Order to Show Cause for June 12, 2006, and defendants Warren Only, Warren Only Media Group, and SCS Telemedia Comlink (collectively, the "Defendants") appearing and opposing said application for injunctive relief, and the Court considered the submissions and hearing arguments of the parties on June 12, 2006, and the Court having found good cause for the entry of a preliminary injunction as further set forth on the record on June 12, 2006;

IT IS on this 12th day of June, 2006,

RECOMMENDED ~~ORDERED~~ that during the pendency of this action and until further Order of this Court, defendants Warren Only, Warren Only Media Group and SCS Telemedia Comlink, together with any affiliates, agents, servants and employees and all those in privity, concert or participation with any of them are hereby enjoined and restrained, and must cease and desist immediately from:

  (a) using, reproducing, distributing or offering to reproduce or distribute Ascent Media's Antenna Profiles and/or any portion thereof;

  (b) posting on Defendants' website the Antenna Profiles and/or any portion thereof;

  (c) preparing any derivative works based on the Antenna Profiles;

5921047

2

(d) representing to the consuming public that Defendants are affiliated with Ascent Media and its ~~prominent~~ clients;

(e) instructing any other individual to engage in any of the above-described acts in subparagraphs (a) through (d);

(f) aiding and abetting or otherwise assisting in any of the above-described acts in subparagraphs (a) through (d).

IT IS FURTHER RECOMMENDED that Defendants modify the portions of his website attached as Exhibits F, G, H to the Verified Complaint to ensure ~~AND IT IS FURTHER ORDERED that the Court is to award Ascent Media such other relief as this Court deems equitable and just.~~ they do not violate any of the above restrictions and the Defendants shall have ten calendar days from the entry of the injunction to correct the web postings.

~~AND IT IS FURTHER ORDERED that a copy of this Order shall be circulated within~~ RECOMMENDED that the Plaintiff be required to post a $5000 bond if an injunction is granted ~~3 days hereof.~~

SO ~~ORDERED~~ RECOMMENDED.

_____
PATTY SHWARTZ, U.S.M.J.

The parties have ten days to file and serve any written objections to the Report and Recommendation set forth on the record and embodied herein

**PAPERS CONSIDERED**

Application for Order to Show Cause  _____
Brief in Support Thereof  _____
Verified Complaint  _____
Supporting Affidavits  _____
Notice of Motion  _____
Movants' Affidavits  _____
Movants' Brief  _____
Answering Affidavits  _____
Answering Brief  _____
Cross-Motion  _____
Movants' Reply  _____
Other  _____

5921047

3