NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARREN ONLY, | Hon. Faith S. Hochberg |
| Plaintiff, | Civil No. 06-2123 (FSH) |
| v. | |
| | **ORDER** |
| ASCENT MEDIA GROUP, LLC, | |
| | Date: September 11, 2006 |
| Defendant. | |

**HOCHBERG, District Judge:**

This matter comes before the Court upon Magistrate Judge Shwartz's Report and Recommendation of June 12, 2006[1] in which the Magistrate Judge recommended granting Defendant's request for a preliminary injunction; and

it appearing that the *pro se* Plaintiff submitted an objection dated June 20, 2006; and

it appearing that Plaintiff did not comply with L. Civ. R. 72.1(c)(2) because he did not "specifically identify the portions of the proposed findings, recommendations, or report to which objection is made and the basis of such objections" and did not "file with the Clerk a transcript of the specific portions of any evidentiary proceeding to which objection is made"; and

---

[1] This court terminated an associated case, *Ascent Media Group, LLC v. Warren Only* (No. 06-2374) on June 13, 2006 and consolidated it with this case, No. 06-2123. Judge Shwartz's June 12, 2006 Recommendation refers to Ascent Media Group, LLC ("Ascent Media") as the Plaintiff and Warren Only as the Defendant because the Recommendation was associated with docket 06-2374. Since the cases have been consolidated and Ascent Media is the Defendant and Warren Only is the Plaintiff in the consolidated case, this Court will refer to the parties as such in this Order.

it appearing that the time to file and serve such objections has expired; and

this Court having reviewed *de novo* the Report and Recommendation; and good cause appearing;

Accordingly, **IT IS** on this 11th day of September 2006,

**ORDERED** that the Report and Recommendation of Magistrate Judge Shwartz is adopted as the opinion of this Court.[2]

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**

---

[2] Any reference to "Plaintiff" in the June 12, 2006 Report and Recommendation refers to Ascent Media, the Defendant in this case (06-2123), and any reference to "Defendant" refers to Warren Only, the Plaintiff in this case (06-2123).